Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
IN RE:                                          :
Fosamax Products Liability Litigation           :     1:06-md-1789 (JFK)
                                                :
-------------------------------------------------x
*This Document Relates to:*                     :     **NOTICE OF APPEARANCE**
Madelyn S. Hill                                 :
v. Merck & Co., Inc.                            :
                                                :
Case No: 1:07-cv-11337-JFK                      :
-------------------------------------------------x

     PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: February 15, 2008
     New York, New York                        Respectfully submitted,

                                           By: _____/s/_____
                                               Paul F. Strain

                                               Venable LLP
                                               Two Hopkins Plaza
                                               1800 Mercantile Bank & Trust Bldg
                                               Baltimore, MD 21201
                                               (410)-244-7717
                                               Fax: (410)-244-7742
                                               Email: pfstrain@venable.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 15, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                _____/s/_____
                Paul F. Strain

                Venable LLP
                Two Hopkins Plaza
                1800 Mercantile Bank & Trust Bldg
                Baltimore, MD 21201
                (410)-244-7717
                Fax: (410)-244-7742
                Email: pfstrain@venable.com